IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08- 05m ) |
| RYAN EVANS, | ) ) |
| Defendant. | ) ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and respectfully moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_    Crime of violence (18 U.S.C. § 3156)

    \_\_\_    Maximum sentence life imprisonment or death

    _X_    10+ year drug offense

    \_\_\_    Felony, with two prior convictions in above categories

    \_\_\_    Minor victim

    _X_    Possession/ use of firearm, destructive device or other dangerous weapon

    \_\_\_    Failure to register under 18 U.S.C. § 2250

    _X_    Serious risk defendant will flee

    \_\_\_    Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_    Defendant's appearance as required

    _X_    Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____


DATED this ___10th___ day of January, 2008.

                                          Respectfully submitted,

                                          COLM F. CONNOLLY
                                          United States Attorney

BY: _/s/ Robert J. Prettyman_
                                          Robert J. Prettyman
                                          Assistant United States Attorney