**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 08-07 |
| RYAN EVANS | : |
| Defendant. | : **REDACTED** |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### COUNT I

On or about January 10, 2008, in the State and District of Delaware, RYAN EVANS, defendant herein, did knowingly possess with intent to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

#### COUNT II

On or about January 10, 2008, in the State and District of Delaware, RYAN EVANS, defendant herein, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, the knowing possession with intent to distribute Heroin, as set forth in Count I of this Indictment and incorporated by reference as if fully set forth herein), knowingly carried a firearm, to wit, a Walther P-99, 9mm semi-automatic pistol and knowingly possessed said firearm in furtherance of said drug trafficking crime, all in violation of 18 U.S.C. § 924(c)(1)(A).



FILED

JAN 2 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT III

On or about January 10, 2008, in the State and District of Delaware, RYAN EVANS, defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit, a conviction on or about December 16, 2004, in the United States District Court, District of Delaware, did knowingly possess a firearm in and affecting interstate commerce, to wit, a Walther P-99, 9mm semi-automatic pistol, serial number 043798, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Indictment, RYAN EVANS, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violation.

Upon conviction of the firearms offenses alleged in Count II of this Indictment, RYAN EVANS, defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c) any firearm involved or used in the commission of said offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred or sold to, or deposited with, a third party;

    (3)    has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn Martyniak
Special Assistant United States Attorney

Dated: January 22, 2008

3