IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-007-SLR |
| | ) |
| RYAN EVANS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 18th day of March, 2008,

IT IS ORDERED that a telephonic status conference is scheduled to commence on **Wednesday, March 26, 2008** at **9:30 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and **March 26, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge