IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-007-SLR |
| | ) |
| RYAN EVANS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___ day of April, 2008, having conferred with counsel;

IT IS ORDERED that an evidentiary hearing is scheduled for **Wednesday, April 30, 2008** at **1:00 p.m.** in courtroom No. 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this order and the **April 30, 2008** hearing shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

United States District Judge