**Federal Public Defender**
District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one Customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

May 2, 2008

Honorable Sue L. Robinson.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    **Re:** **United States v. Ryan Evans**
          **Criminal Action No.: 08-07-SLR**
          **Our File No.: 2008-00081**

Dear Judge Robinson:

    Pursuant to the Court's request that the parties submit a briefing schedule for post-hearing briefs on the Motion to Suppress in the above-referenced matter, the parties propose the following briefing schedule:

- Opening Brief for the Government due by May 19, 2008;
- Response Brief by the Defendant due by June 2, 2008; and
- Reply Brief by the Government due by June 9, 2008.

Should Your Honor have any questions, please feel free to contact me.

                Respectfully submitted,

                /s/ Eleni Kousoulis

                Eleni Kousoulis, Esquire
                Assistant Federal Public Defender
                704 King Street, Suite 110
                Wilmington, Delaware  19801
                ecf_de@msn.com
                (302) 573-6010
                Attorney for Defendant Ryan Evans

Dated: May 2, 2008