⹋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A.

V.

Ryan Evans

**EXHIBIT AND WITNESS LIST**

Case Number: 08-cr-07-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Shawn Martyniak | Eleni Kousoulis |
| ~~TRIAL DATE~~(S) Evid Hrg. 4/30/08 | COURT REPORTER V. Gunning | COURTROOM DEPUTY Nicole Fasano |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/30/08 | | ✓ | Printout of Mr. Evans (Pfaff) |
| 2 | | 4/30/08 | | ✓ | Police Report (Pfaff) |
| | 1 | 4/30/08 | | ✓ | Picture of back of def. house (Cramer) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages