IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-007-SLR |
| | ) |
| RYAN EVANS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 13th day of August, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence on **Wednesday, October 1, 2008** at **9:30 a.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Wednesday, September 24, 2008** at **4:00 p.m.** in courtroom 6B, sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3. Motions in limine, proposed jury instructions, proposed verdict sheet and voir dire shall be filed on or before **September 22, 2008**. Responses to any motions in limine will be discussed at the pretrial conference.

4. The time between this order and the commencement of trial shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge